DISMISS and Opinion Filed November 26, 2019



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01048-CV

### IN THE INTEREST OF G.S., A CHILD

On Appeal from the 439th Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-18-0347

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Reichek

We **REINSTATE** this appeal.

Appellant appeals from the trial court's order terminating her parental rights. By order dated November 7, 2019, we abated this appeal to allow the trial court to conduct a hearing to determine why appellant's brief had not been filed. As appellant has now moved to dismiss this appeal, such hearing is no longer necessary. Accordingly, we vacate this Court's November 7th order.

We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

191048F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

IN THE INTEREST OF G.S., A CHILD

No. 05-19-01048-CV

On Appeal from the 439th Judicial District Court, Rockwall County, Texas
Trial Court Cause No. 1-18-0347.
Opinion delivered by Justice Reichek.
Justices Schenck and Osborne participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered November 26, 2019